**Jermaine N. TURNER, Plaintiff-Appellant,**

v.

**Dr. BOWLES, Dental Hygienist, Defendant-Appellee.**

No. 17-7026

United States Court of Appeals, Fourth Circuit.

Submitted: November 21, 2017

Decided: November 28, 2017

Jermaine N. Turner, Appellant Pro Se.

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Virginia prisoner, Jermaine N. Turner, appeals the district court's order dismissing, after a 28 U.S.C. § 1915A (2012) review, Turner's 42 U.S.C. § 1983 (2012) action alleging Defendant Dr. Bowles, a dental hygienist at Lawrenceville Correctional Center, violated his constitutional rights. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Turner v. Bowles*, No. 1:17-cv-00763-LO-MSN (E.D. Va. filed July 19, 2017 & entered July 20, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*